```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FIDELITY INFORMATION SERVICES, INC.,        :

                Plaintiff,                  :

        -against-                           :
                                                        ORDER
DEBTDOMAIN GLMS PTE LTD., ET AL.,           :           09 Civ. 7589 (LAK)(KNF)

                Defendants.                 :
------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The Court has considered the objections of non-party Tamarind Holdings LLC ("Tamarind") to the plaintiff's July 7, 2010 subpoena duces tecum. IT IS HEREBY ORDERED that Tamarind's objections are sustained as to Document Request Nos.1(vi)[1], 7 and 8, which are overly broad. Tamarind's remaining objections are overruled.

Accordingly, Tamarind must produce all non-privileged, relevant documents, responsive to the plaintiff's subpoena, prior to its Fed. R. Civ. P. 30(b)(6) deposition, which should be scheduled on a date convenient for the parties and Tamarind.

Dated: New York, New York              SO ORDERED:
       July 29, 2010

                                       _____
                                       KEVIN NATHANIEL FOX
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] This subsection is misnumbered as (iv).