# REAVIS PARENT LEHRER LLP

**MEMO ENDORSED**

AUG 05 2010

Mark H. Moore*
mmoore@rpl-law.com

41 Madison Avenue
41st Floor
New York, NY 10010

Partners, Counsel and Associates in New York
Affiliated Attorneys in Los Angeles and San Francisco

Telephone (212) 763-4100
Facsimile (212) 763-4141

*Admitted in New York

www.rpl-law.com

August 5, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/10

**VIA FACSIMILE**

The Honorable Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007-1312

Re:   *Fidelity Information Servs., Inc. v. Debtdomain GLMS Pte LTD., et al.*
      Case No. 09-cv-07589 (LAK) (KNF)

Dear Judge Fox:

We represent plaintiff Fidelity Information Services, Inc. ("Fidelity") in the above-referenced action. In view of the extension of fact discovery through September 8, 2010 with regard to Debtdomain GLMS, as well as certain other pending discovery, we write to request an amendment of the existing summary judgment briefing schedule.

Last week, defendants proposed adjourning the day to file motions for summary judgment until September 15, 2010, to which Fidelity was agreeable. However, the parties have not been able to agree to a new schedule because defendants are proposing that the period to file any opposition to summary judgment be shortened to **28 days**, instead of the **35 days** that the parties now have to file their oppositions under the existing briefing schedule.

Fidelity requests that the Court order that the summary judgment briefing schedule be amended so that motions for summary judgment are due September 15, 2010 (the new date proposed by defendants), oppositions to motions for summary judgment are due October 20, 2010, and reply papers are due November 3, 2010 (which is an increase of four days from the existing schedule, as per defendants' request).

8/11/10

*Any summary judgment motion must be served and filed on or before September 15, 2010. The response to any such motion shall be served and filed on or before October 18, 2010; and any reply shall be served and filed on or before November 1, 2010.  SO ORDERED.*  [signature], U.S.M.J.

Respectfully submitted,

Mark H. Moore

cc:  Scott S. Balber, Esq. (via e-mail)

{00506273; 1}