UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FIDELITY INFORMATION SERVICES, INC., :

          Plaintiff, :

    -against- :

DEBTDOMAIN GLMS PTE LTD., ET AL., :

          Defendants. :
------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/10
```

**ORDER**
09 Civ. 7589 (LAK)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    To support their contention that Garry Viner ("Viner") is not an employee or manager of any Debtdomain entity, the defendants submitted, and the Court has reviewed: (1) the declaration of David Levy ("Levy"), an officer of Debtdomain (USA), Inc. ("USA"), who purports to speak to Viner's alleged employment with Debtdomain GLMS Pte Ltd. ("GLMS"); and (2) a services agreement between Red 5 Interactive Media Pty Ltd., GLMS and Debtdomain Limited, dated January 1, 2007.

    The defendants have long contended that USA and GLMS are separate and distinct entities. Hence, Levy, identified in his declaration as an officer of USA only, is not competent to make statements regarding the relationship, if any, between Viner and GLMS. The services agreement proffered by the defendants is also of no utility, since it does not even mention Viner. Notably, the defendants have not submitted any competent evidence from Viner regarding his relationship to GLMS.

    The Court finds the defendants have failed to rebut evidence that Viner is an employee or managing agent of a Debtdomain entity – most compelling is that, as of July 13, 2010, Viner was listed on the website www.debtdomain.com as part of management, with the title Senior Application Developer.

    Accordingly, IT IS HEREBY ORDERED that Viner shall appear for a deposition, in London, on or before September 8, 2010.

Dated: New York, New York
       August 12, 2010

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE