UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FIDELITY INFORMATION SERVICES, INC.,    :

             Plaintiff,    :

       -against-    :

DEBTDOMAIN GLMS PTE LTD., ET AL.,    :

           Defendants.    :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/10

**ORDER**
09 Civ. 7589 (LAK)(KNF)

      The Court has reviewed, in camera, documents bearing Bates stamp Nos. F0092237-F0092855 and F0105023 - F0105779, which are indexes of e-mail messages each identified by a "Document ID" number and subject line, and the plaintiff's accompanying letter, explaining that these indexes were generated, during discovery, while it attempted to gather "potentially responsive emails from [it's] email journaling systems for production in this case[.]" The Court finds these documents are protected attorney work product. Although the work product protection is qualified, the defendants have not demonstrated "substantial need for the materials," see Fed. R. Civ. P. 26(b)(3)(A)(ii), which may warrant their disclosure. Accordingly, the plaintiff need not disclose these documents to the defendants.

Dated: New York, New York
       August 12, 2010

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE