**CHADBOURNE & PARKE LLP**

Paul Tanck
direct tel (212) 408-1116
PTanck@chadbourne.com



30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100 fax (212) 541-5369

# MEMO ENDORSED

September 9, 2010

*VIA FAX*

The Honorable Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Courtroom 20A
New York, New York 10007-1312



Re: *Fidelity Information Servs., Inc. v. Debtdomain GLMS Pte LTD., et al.*
Case No. 09-cv-07589-LAK

Dear Judge Fox:

We represent the defendants ("Defendants") in the above-referenced action. Today, defendant Debtdomain GLMS Pte Ltd. ("GLMS") filed its answer and counterclaims to plaintiff Fidelity Information Services, Inc.'s Third Amended Complaint. Acccordingly, GLMS withdraws its pending motion to dismiss filed on April 19, 2010.

9/9/10
Based on the above, the Clerk of Court is directed to note on the docket sheet maintained for this action that the motion reflected at Docket Entry No. 61 is terminated.
SO ORDERED:
/Kevin Nathaniel Fox/
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

Paul Tanck
Paul Tanck
*Counsel for Defendants*

cc: *Via Email*
Mark H. Moore, Esq.
Reavis Parent Lehrer LLP
41 Madison Avenue, 41st Floor
New York, NY 10010
Tel.: (212) 763-4100
Fax: (212) 763-4141

*Counsel for Plaintiff*
Fidelity Information Services, Inc.

New York Washington Los Angeles Mexico City London (an affiliated partnership) Moscow St. Petersburg Warsaw Kyiv Almaty Dubai Beijing