**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

FIDELITY INFORMATION SERVICES, INC.,

Plaintiff,

v.

DEBTDOMAIN GLMS PTE LTD.,
DEBTDOMAIN (USA) INC.
and DAVID LEVY,

Defendants.

Case No. 09-cv-07589-LAK

ECF Case

## AMENDED NOTICE OF DEPOSITION OF FIDELITY INFORMATION SERVICES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, on **June 11, 2010** and **June 22, 2010**, defendants Debtdomain (USA), Inc., David

Levy, and Seth Rothman ("Defendants"), by and through their attorneys, shall take the

deposition of plaintiff Fidelity Information Services, Inc. ("Plaintiff") by oral examination.

Plaintiff is directed, pursuant to Federal Rule of Civil Procedure 30(b)(6), to designate one or

more officers, directors, managing agents, or other persons who consent and are most

knowledgeable to testify on their behalf with respect to the matters set forth in Schedule A

attached hereto. Plaintiff is further directed to produce the documents, records or other materials

set forth in Schedule B attached hereto at or before the deposition. All subject matter set forth in

Schedules A and B are subject to the Terms and Instructions contained in Schedule A.

The **June 11, 2010** deposition shall commence at 1:00 p.m. at the offices of

Chadbourne & Parke LLP at 30 Rockefeller Plaza, New York, NY. The **June 22, 2010**

deposition shall commence at 10:00 a.m. at the offices of Chadbourne & Parke LLP at 30

Rockefeller Plaza, New York, NY.  If not completed on the scheduled dates the depositions shall continue thereafter day to day until completed, with such adjournments as to time and place as may be necessary.

The deposition will be taken under oath and conducted before a certified shorthand reporter authorized to administer oaths.  The deposition may be videotaped and recorded by stenographic means.

A list of all parties or attorneys on whom this Notice of Deposition is being served is shown on the accompanying proof of service.

Dated: June 3, 2010
      New York, New York

CHADBOURNE & PARKE LLP

By /s/ Scott Balber
    Scott S. Balber
    SBalber@chadbourne.com
    Paul J. Tanck
    PTanck@chadbourne.com

    30 Rockefeller Plaza
    New York, New York  10112
    Tel.: (212) 408-5100
    Fax: (212) 541-5369

*Attorneys for Defendants*

## SCHEDULE A

## DEFINITION OF TERMS AND INSTRUCTIONS

Plaintiff will be examined on all of the topics on June 22, 2010, except for topics 1, 2, and 14 which will occur on June 11, 2010.

Defendants hereby incorporates by reference the definitions set forth in Local Civil Rule 26.3 of this Court.  In addition, as used in the requests for production stated herein, the following terms shall have the scope and meaning indicated:

"Plaintiff" refers to Fidelity Information Services, Inc., its predecessors and affiliated entities, including all divisions and subsidiaries, and its employees, attorneys, and representatives.

"Debtdomain" refers to Debtdomain (USA), Inc and Debtdomain GLMS Pte Ltd.

"SyndTrak" refers to all versions of Plaintiff's SyndTrak loan syndication software program, including the versions identified in the copyright registrations appended to Plaintiff's First Amended Complaint.

## TOPICS FOR EXAMINATION

1.    (**June 11, 2010**) Document destruction and/or retention of Plaintiff's electronic documents prior to October 1, 2008 and information regarding the tape backup set for each of the following 3 dates, June 5, 2006, July 11, 2007 and September 26, 2008, including (1) how many backup tapes exist for each of the above dates; (2) the type of media used for those backup tape(s)  (ie: DLT, LTO, etc.); (3) the identity of the mail stores (databases) containing the mailboxes for Richard Levy, Scott Kostyra, Josh Robinson, Brad Medd, Ariel Elkayam, Eric Cetron, Shanin Clarke, Bill Butryn, Pedro Pererio, Mark Scherban, Paul Hirschhorn, and Kaushi Punjabi; (4) the size (bytes) of each store identified in (3) above.

2.      (**June 11, 2010**) The timing and circumstances surrounding the litigation hold instituted by Plaintiff in this action.

3.      (**June 22, 2010**) David Levy contacted customers on behalf of Debtdomain prior to November 30, 2007.

4.      (**June 22, 2010**) The allegation that "prior to November 30, 2007, Levy's name appeared as "co-CEO" on Debtdomain's website" as alleged in paragraph 26 of the proposed Second Amended Complaint.

5.      (**June 22, 2010**) The creation, design, documentation/management and development of the allegedly infringed SyndTrak screen display and the SyndTrak software.

6.      (**June 22, 2010**) The factual investigation undertaken by Plaintiff prior to filing each iteration of the complaint in this action

7.      (**June 22, 2010**) Communications by Plaintiff with actual or prospective customers relating to this action, including any information relating to any customer confusion regarding the SyndTrak or Debtdomain software.

8.      (**June 22, 2010**) Marketing and sales (both actual and projected) of SyndTrak software.

9.      (**June 22, 2010**) Any damages or other harm sustained by Plaintiff or projected to be sustained by Plaintiff caused by the actions of Rothman, Levy or Debtdomain.

10.      (**June 22, 2010**) The preparation and filing of the copyright applications in connection with the copyrights asserted in this action.

11.      (**June 22, 2010**) All customer (and prospective customer) feedback (including comments, surveys, etc.) regarding the SyndTrak software and Debtdomain software.

12.     (**June 22, 2010**) Plaintiff's product road map and the development of a web-based loan syndication software program.

13.     (**June 22, 2010**) The lawsuit and claims filed by FIS in <u>Fidelity National information Services, Inc</u>. v. <u>Rothman</u>, No. 07-CV-07756 (S.D.N.Y.) (JGK), as referenced in paragraph 20 of the First Amended Complaint.

14.     (**June 11, 2010**) All/any document destruction and/or retention policies of Defendants and/or document destruction and/or retention policies of any facility(ies) used and/or occupied by Defendants, including documents in electronic form.

15.     (**June 22, 2010**) Defendants' policies and or procedures concerning the maintenance of confidential or proprietary information.

16.     (**June 22, 2010**) The differences between the SyndTrak Software Version 3.1.222 and the immediately preceding version.

## SCHEDULE B

## <u>GENERAL INSTRUCTIONS</u>

1.      Plaintiff shall produce all responsive documents and things.

2.      Should Plaintiff withhold any documents or things responsive to the following requests, Plaintiff is requested to identify (as defined above) each document or thing withheld and furnish the following additional information:

        a.      the topic to which the document or thing is responsive;

        b.      identify each person to whom the document or thing was disclosed;

        c.      identify the person(s) who maintain(s) or maintained custody of the document or thing; and

        d.      state the basis for withholding the document or thing.

3.      Each document or thing should be segregated and identified by the topic to which it is primarily responsive.

4.      Should Plaintiff find the meaning of any term in the following requests to be unclear, then Plaintiff should assume a reasonable meaning, state that assumed meaning, and respond to the request on the basis of that assumed meaning.

5.      If Plaintiff is unable to comply fully with any request herein, it should comply to the extent possible and provide a detailed explanation as to why it cannot comply fully.

6.      These discovery requests are deemed to be continuing in nature and Plaintiff is requested to amend and/or supplement the responses hereto in accordance with the Federal Rules of Civil Procedure.

## DOCUMENTS TO BE PRODUCED

1.  All documents reviewed, referred to or relied upon in preparation for this deposition.

2. All documents relating to each of the respective topics listed in Schedule A.

3. All documents relied upon or intended to be used by Plaintiff as evidence to support their position(s) in connection with each respective topic listed in Schedule A.

## CERTIFICATE OF SERVICE

I hereby certify that Amended Notice Of Deposition Of Fidelity Information Services, Inc. Pursuant To Federal Rule Of Civil Procedure 30(B)(6) was caused to be served upon the following in the matter indicated below:

### BY EMAIL AND FEDERAL EXPRESS ON JUNE 3, 2010

Mark H. Moore, Esq.
Reavis Parent Lehrer LLP
41 Madison Avenue, 41st Floor
New York, NY 10010
Tel.: (212) 763-4100
Fax: (212) 763-4141

*Attorney for Plaintiff*
Fidelity Information Services, Inc.

By: /s/ Paul Tanck_____
      Paul Tanck
      CHADBOURNE & PARKE LLP
      30 Rockefeller Plaza
      New York, NY  10112

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

FIDELITY INFORMATION SERVICES, INC.,

Plaintiff,

v.

DEBTDOMAIN GLMS PTE LTD.,
DEBTDOMAIN (USA) INC.
and DAVID LEVY,

Defendants.

Case No. 09-cv-07589-LAK

ECF Case

---

## NOTICE OF DEPOSITION OF PEDRO PERERIO
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, on June 17, 2010, Defendants Debtdomain (USA), Inc., David Levy, and Seth

Rothman by and through their attorneys, shall take the deposition of **Pedro Pererio** by oral

examination.  Pursuant to Rules 30(b)(2) and 34 of the Federal Rules of Civil Procedure, Pedro

Pererio is directed to produce the documents, records or other materials set forth in Schedule A

attached hereto at or before the deposition.

Said deposition shall commence at 9:00 a.m. on the aforementioned date at the

law office of Chadbourne & Parke LLP, Regis House, 45 King William Street, London, United

Kingdom.  If not completed on the scheduled date the deposition shall continue thereafter day to

day until completed, with such adjournments as to time and place as may be necessary.

The deposition will be taken under oath and conducted before a certified

shorthand reporter authorized to administer oaths.  The deposition may be videotaped and

recorded by stenographic means.

Dated: June 3, 2010
     New York, New York

CHADBOURNE & PARKE LLP

By /s/ Scott Balber
    Scott S. Balber
    SBalber@chadbourne.com
    Paul J. Tanck
    PTanck@chadbourne.com

    30 Rockefeller Plaza
    New York, New York  10112
    Tel.: (212) 408-5100
    Fax: (212) 541-5369

    *Attorneys for Defendants*

## SCHEDULE A

## <u>DOCUMENTS TO BE PRODUCED</u>

1.  All documents reviewed, referred to or relied upon in preparation for this
    deposition.

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2010, the First Amended Notice Of Deposition Of Pedro Pererio Pursuant To Federal Rule Of Civil Procedure 30 was caused to be served upon the following in the matter indicated below:

### BY FEDERAL EXPRESS AND BY EMAIL JUNE 3, 2010

Mark H. Moore, Esq.
Reavis Parent Lehrer LLP
41 Madison Avenue, 41st Floor
New York, NY 10010
Tel.: (212) 763-4100
Fax: (212) 763-4141

*Attorney for Plaintiff*
Fidelity Information Services, Inc.

By: ____/s Paul Tanck_____
Paul Tanck
PTanck@Chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FIDELITY INFORMATION SERVICES, INC., | |
| Plaintiff, | Case No. 09-cv-07589-LAK |
| v. | ECF Case |
| DEBTDOMAIN GLMS PTE LTD., ET AL., | |
| Defendants. | |

### AMENDED NOTICE OF DEPOSITION OF RICHARD LEVY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on June 21, 2010, Defendants Debtdomain (USA), Inc., David Levy and Seth Rothman by and through their attorneys, shall take the deposition of **Richard Levy** by oral examination.  Pursuant to Rules 30(b)(2) and 34 of the Federal Rules of Civil Procedure, Richard Levy is directed to produce the documents, records or other materials set forth in Schedule A attached hereto at or before the deposition.

Said deposition shall commence at 10:00 a.m. on the aforementioned date at the law office of Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112.  If not completed on the scheduled date the deposition shall continue thereafter day to day until completed, with such adjournments as to time and place as may be necessary.

The deposition will be taken under oath and conducted before a certified shorthand reporter authorized to administer oaths.  The deposition may be videotaped and recorded by stenographic means.

Dated: June 3, 2010
      New York, New York

CHADBOURNE & PARKE LLP

By /s/ Scott Balber_____
    Scott S. Balber
    SBalber@chadbourne.com
    Paul J. Tanck
    PTanck@chadbourne.com

    30 Rockefeller Plaza
    New York, New York  10112
    Tel.: (212) 408-5100
    Fax: (212) 541-5369

    *Attorneys for Defendants*

**SCHEDULE A**

**DOCUMENTS TO BE PRODUCED**

1.   All documents reviewed, referred to or relied upon in preparation for this deposition.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2010, the Amended Notice Of Deposition Of

Richard Levy Pursuant To Federal Rule Of Civil Procedure 30 was caused to be served upon the

following in the matter indicated below:

### <u>By Federal Express and by Email June 3, 2010</u>

Mark H. Moore, Esq.
Reavis Parent Lehrer LLP
41 Madison Avenue, 41st Floor
New York, NY 10010
Tel.: (212) 763-4100
Fax: (212) 763-4141

*Attorney for Plaintiff*
Fidelity Information Services, Inc.

By:    /s/ Paul Tanck
        Paul Tanck
        PTanck@Chadbourne.com
        Chadbourne & Parke llp
        30 Rockefeller Plaza
        New York, NY 10112

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

FIDELITY INFORMATION SERVICES, INC.,

<div style="margin-left:2em">Plaintiff,</div>

<div style="margin-left:2em">v.</div>

DEBTDOMAIN GLMS PTE LTD., ET AL.,

<div style="margin-left:2em">Defendants.</div>

---

Case No. 09-cv-07589-LAK

ECF Case

### AMENDED NOTICE OF DEPOSITION OF ARIEL ELKAYAM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on June 22, 2010, Defendants Debtdomain (USA), Inc., David Levy and Seth Rothman by and through their attorneys, shall take the deposition of **Ariel Elkayam** by oral examination. Pursuant to Rules 30(b)(2) and 34 of the Federal Rules of Civil Procedure, Mr. Elkayam is directed to produce the documents, records or other materials set forth in Schedule A attached hereto at or before the deposition.

Said deposition shall commence at 10:00 a.m. on the aforementioned date at the law office of Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112. If not completed on the scheduled date the deposition shall continue thereafter day to day until completed, with such adjournments as to time and place as may be necessary.

The deposition will be taken under oath and conducted before a certified shorthand reporter authorized to administer oaths. The deposition may be videotaped and recorded by stenographic means.

Dated: June 3, 2010
   New York, New York

CHADBOURNE & PARKE LLP

By /s/ Scott Balber_____
 Scott S. Balber
 SBalber@chadbourne.com
 Paul J. Tanck
 PTanck@chadbourne.com

 30 Rockefeller Plaza
 New York, New York  10112
 Tel.: (212) 408-5100
 Fax: (212) 541-5369

 *Attorneys for Defendants*

**SCHEDULE A**

**<u>DOCUMENTS TO BE PRODUCED</u>**

1.   All documents reviewed, referred to or relied upon in preparation for this
     deposition.

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2010, the Amended Notice Of Deposition Of Ariel Elkayam Pursuant To Federal Rule Of Civil Procedure 30 was caused to be served upon the following in the matter indicated below:

### BY FEDERAL EXPRESS AND BY EMAIL JUNE 3, 2010

Mark H. Moore, Esq.
Reavis Parent Lehrer LLP
41 Madison Avenue, 41st Floor
New York, NY 10010
Tel.: (212) 763-4100
Fax: (212) 763-4141

*Attorney for Plaintiff*
Fidelity Information Services, Inc.


By:   /s/ Paul Tanck_____
          Paul Tanck
          PTanck@Chadbourne.com
          CHADBOURNE & PARKE LLP
          30 Rockefeller Plaza
          New York, NY 10112

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

FIDELITY INFORMATION SERVICES, INC.,

Plaintiff,

v.

DEBTDOMAIN GLMS PTE LTD., ET AL.,

Defendants.

Case No. 09-cv-07589-LAK

ECF Case

## AMENDED NOTICE OF DEPOSITION OF JOSH ROBINSON PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on June 23, 2010, Defendants Debtdomain (USA), Inc., David Levy and Seth Rothman by and through their attorneys, shall take the deposition of **Josh Robinson** by oral examination.  Pursuant to Rules 30(b)(2) and 34 of the Federal Rules of Civil Procedure, Mr. Robinson is directed to produce the documents, records or other materials set forth in Schedule A attached hereto at or before the deposition.

Said deposition shall commence at 10:00 a.m. on the aforementioned date at the law office of Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112.  If not completed on the scheduled date the deposition shall continue thereafter day to day until completed, with such adjournments as to time and place as may be necessary.

The deposition will be taken under oath and conducted before a certified shorthand reporter authorized to administer oaths.  The deposition may be videotaped and recorded by stenographic means.

Dated: June 3, 2010
      New York, New York

CHADBOURNE & PARKE LLP

By /s/ Scott Balber
    Scott S. Balber
    SBalber@chadbourne.com
    Paul J. Tanck
    PTanck@chadbourne.com

    30 Rockefeller Plaza
    New York, New York  10112
    Tel.: (212) 408-5100
    Fax: (212) 541-5369

*Attorneys for Defendants*

**SCHEDULE A**

**<u>DOCUMENTS TO BE PRODUCED</u>**

1.   All documents reviewed, referred to or relied upon in preparation for this

deposition.

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2010, the Amended Notice Of Deposition Of Josh Robinson Pursuant To Federal Rule Of Civil Procedure 30 was caused to be served upon the following in the matter indicated below:

### BY FEDERAL EXPRESS AND BY EMAIL JUNE 3, 2010

Mark H. Moore, Esq.
Reavis Parent Lehrer LLP
41 Madison Avenue, 41st Floor
New York, NY 10010
Tel.: (212) 763-4100
Fax: (212) 763-4141

*Attorney for Plaintiff*
Fidelity Information Services, Inc.

By:   /s/ Paul Tanck
       Paul Tanck
       PTanck@Chadbourne.com
       CHADBOURNE & PARKE LLP
       30 Rockefeller Plaza
       New York, NY 10112

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

FIDELITY INFORMATION SERVICES, INC.,

                    Plaintiff,

                v.

DEBTDOMAIN GLMS PTE LTD., ET AL.,

                    Defendants.

Case No. 09-cv-07589-LAK

ECF Case

### AMENDED NOTICE OF DEPOSITION OF ERIC CETRON PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on June 24, 2010, Defendants Debtdomain (USA), Inc., David Levy and Seth Rothman by and through their attorneys, shall take the deposition of **Eric Cetron** by oral examination.  Pursuant to Rules 30(b)(2) and 34 of the Federal Rules of Civil Procedure, Mr. Cetron is directed to produce the documents, records or other materials set forth in Schedule A attached hereto at or before the deposition.

Said deposition shall commence at 2:00 p.m. on the aforementioned date at the law office of Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112.  If not completed on the scheduled date the deposition shall continue thereafter day to day until completed, with such adjournments as to time and place as may be necessary.

The deposition will be taken under oath and conducted before a certified shorthand reporter authorized to administer oaths.  The deposition may be videotaped and recorded by stenographic means.

Dated: June 3, 2010
      New York, New York

CHADBOURNE & PARKE LLP

By /s/ Scott Balber_____
    Scott S. Balber
    SBalber@chadbourne.com
    Paul J. Tanck
    PTanck@chadbourne.com

    30 Rockefeller Plaza
    New York, New York  10112
    Tel.: (212) 408-5100
    Fax: (212) 541-5369

    *Attorneys for Defendants*

**SCHEDULE A**

**DOCUMENTS TO BE PRODUCED**

1.   All documents reviewed, referred to or relied upon in preparation for this

deposition.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2010, the Amended Notice Of Deposition Of Eric Cetron Pursuant To Federal Rule Of Civil Procedure 30 was caused to be served upon the following in the matter indicated below:

### By Federal Express and by Email June 3, 2010

Mark H. Moore, Esq.
Reavis Parent Lehrer LLP
41 Madison Avenue, 41st Floor
New York, NY 10010
Tel.: (212) 763-4100
Fax: (212) 763-4141

*Attorney for Plaintiff*
Fidelity Information Services, Inc.

By:   /s/ Paul Tanck
          Paul Tanck
          PTanck@Chadbourne.com
          Chadbourne & Parke LLP
          30 Rockefeller Plaza
          New York, NY 10112

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FIDELITY INFORMATION SERVICES, INC., | |
| Plaintiff, | |
| v. | Case No. 09-cv-07589-LAK |
| DEBTDOMAIN GLMS PTE LTD., ET AL., | ECF Case |
| Defendants. | |

<u>**AMENDED NOTICE OF DEPOSITION OF SHANIN CLARKE**</u>
<u>**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30**</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on June 24, 2010, Defendants Debtdomain (USA), Inc., David Levy and Seth Rothman by and through their attorneys, shall take the deposition of **Shanin Clarke** by oral examination.  Pursuant to Rules 30(b)(2) and 34 of the Federal Rules of Civil Procedure, Ms. Clarke is directed to produce the documents, records or other materials set forth in Schedule A attached hereto at or before the deposition.

Said deposition shall commence at 9:00 a.m. on the aforementioned date at the law office of Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112.  If not completed on the scheduled date the deposition shall continue thereafter day to day until completed, with such adjournments as to time and place as may be necessary.

The deposition will be taken under oath and conducted before a certified shorthand reporter authorized to administer oaths.  The deposition may be videotaped and recorded by stenographic means.

Dated: June 3, 2010                                           CHADBOURNE & PARKE LLP
      New York, New York

By /s/ Scott Balber           
    Scott S. Balber
    SBalber@chadbourne.com
    Paul J. Tanck
    PTanck@chadbourne.com

    30 Rockefeller Plaza
    New York, New York  10112
    Tel.: (212) 408-5100
    Fax: (212) 541-5369

    *Attorneys for Defendants*

**SCHEDULE A**

**DOCUMENTS TO BE PRODUCED**

1.   All documents reviewed, referred to or relied upon in preparation for this

deposition.

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2010, the Amended Notice Of Deposition Of

Shanin Clarke Pursuant To Federal Rule Of Civil Procedure 30 was caused to be served upon the

following in the matter indicated below:

### BY FEDERAL EXPRESS AND BY EMAIL JUNE 3, 2010

Mark H. Moore, Esq.
Reavis Parent Lehrer LLP
41 Madison Avenue, 41st Floor
New York, NY 10010
Tel.: (212) 763-4100
Fax: (212) 763-4141

*Attorney for Plaintiff*
Fidelity Information Services, Inc.

By:   __/s/ Paul Tanck_____
      Paul Tanck
      PTanck@Chadbourne.com
      CHADBOURNE & PARKE LLP
      30 Rockefeller Plaza
      New York, NY 10112

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

FIDELITY INFORMATION SERVICES, INC.,

                  Plaintiff,

                v.

DEBTDOMAIN GLMS PTE LTD.,
DEBTDOMAIN (USA) INC.
and DAVID LEVY,

                  Defendants.

---

Case No. 09-cv-07589-LAK

ECF Case

## NOTICE OF DEPOSITION OF CHARLES MAURO
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on June 28, 2010, defendants Debtdomain (USA), Inc., David Levy and Seth Rothman by and through their attorneys, shall take the deposition of **Charles Mauro** by oral examination. Pursuant to Rules 30(b)(2) and 34 of the Federal Rules of Civil Procedure, Charles Mauro is directed to produce the documents, records or other materials set forth in Schedule A attached hereto at or before the deposition.

Said deposition shall commence at 10:00 a.m. on the aforementioned date at the law office of Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112. If not completed on the scheduled date the deposition shall continue thereafter day to day until completed, with such adjournments as to time and place as may be necessary.

The deposition will be taken under oath and conducted before a certified shorthand reporter authorized to administer oaths. The deposition may be videotaped and recorded by stenographic means.

Dated: June 3, 2010
      New York, New York

CHADBOURNE & PARKE LLP

By /s/ Scott Balber_____
   Scott S. Balber
   SBalber@chadbourne.com
   Paul J. Tanck
   PTanck@chadbourne.com

   30 Rockefeller Plaza
   New York, New York  10112
   Tel.: (212) 408-5100
   Fax: (212) 541-5369

   *Attorneys for Defendants*

## SCHEDULE A

## <u>DOCUMENTS TO BE PRODUCED</u>

1.   All documents reviewed, referred to or relied upon in preparation for this

deposition.

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2010, the Notice Of Deposition Of Charles Mauro

Pursuant To Federal Rule Of Civil Procedure 30 was caused to be served upon the following in

the matter indicated below:

### BY FEDERAL EXPRESS AND BY EMAIL JUNE 3, 2010

Mark H. Moore, Esq.
Reavis Parent Lehrer LLP
41 Madison Avenue, 41st Floor
New York, NY 10010
Tel.: (212) 763-4100
Fax: (212) 763-4141

*Attorney for Plaintiff*
Fidelity Information Services, Inc.

By:    /s Paul Tanck
       Paul Tanck
       PTanck@Chadbourne.com
       CHADBOURNE & PARKE LLP
       30 Rockefeller Plaza
       New York, NY 10112