## Voelker, Andrea

| | |
|---|---|
| **From:** | Tanck, Paul |
| **Sent:** | Friday, June 25, 2010 8:32 PM |
| **To:** | 'Mark Moore'; Jonathan Sobel; Mitchell Feller; 'Atul Singh'; John Dawson; 'Heidi Reavis'; Alice Jump |
| **Cc:** | Tanck, Paul; Voelker, Andrea; Balber, Scott; Fish, Charles M. |
| **Subject:** | FIS v. Debtdomain |
| **Attachments:** | 062210aelkayam.txt; 062210aelkayam.ptx |

Jonathan and Mark,

Having not heard from you regarding Mr. Elkayam's and Plaintiff's 30(b)(6) representative's failures to attend their scheduled depositions on June 22, 2010 we are assuming that Plaintiff is resting on its default. (See attached 6/22/2010 transcript.)  If this is not the case, please identify Plaintiff's 30(b)(6) represenative and provide dates for their availability for deposition as well as dates for Mr. Elkayam's availability for deposition by 1pm on Monday, June 28, 2010 (Eastern time).

We will see you on Monday at 10am in our London office for Mr. Punjabi's deposition.

Regards,

Paul

**Paul J. Tanck**
**Chadbourne & Parke LLP**
30 Rockefeller Plaza, New York, NY 10112
tel 212-408-1116 | fax 646-710-1116
ptanck@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/ptanck.vcf

Please consider the environment before printing this email.

7/2/2010