UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDELITY INFORMATION SERVICES, INC.,

                Plaintiff,

                v.

DEBTDOMAIN GLMS PTE LTD., ET AL.,

                Defendants.

Case No. 09-cv-07589-LAK

ECF Case

## AMENDED NOTICE OF DEPOSITION OF ARIEL ELKAYAM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on **September 15, 2010**, Defendants Debtdomain (USA), Inc., David Levy and Seth Rothman by and through their attorneys, shall take the deposition of **Ariel Elkayam** by oral examination. Pursuant to Rules 30(b)(2) and 34 of the Federal Rules of Civil Procedure, Mr. Elkayam is directed to produce the documents, records or other materials set forth in Schedule A attached hereto at or before the deposition.

Said deposition shall commence at 9:30 a.m. on the aforementioned date at the law office of Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112. If not completed on the scheduled date the deposition shall continue thereafter day to day until completed, with such adjournments as to time and place as may be necessary.

The deposition will be taken under oath and conducted before a certified shorthand reporter authorized to administer oaths. The deposition may be videotaped and recorded by stenographic means.

Dated: August 18, 2010
       New York, New York

CHADBOURNE & PARKE LLP

By /s/ Scott Balber
   Scott S. Balber
   SBalber@chadbourne.com
   Paul J. Tanck
   PTanck@chadbourne.com

   30 Rockefeller Plaza
   New York, New York  10112
   Tel.: (212) 408-5100
   Fax: (212) 541-5369

*Attorneys for Defendants*

## SCHEDULE A

## **DOCUMENTS TO BE PRODUCED**

1. All documents reviewed, referred to or relied upon in preparation for this deposition.

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2010, the Amended Notice Of Deposition Of Ariel Elkayam Pursuant To Federal Rule Of Civil Procedure 30 was caused to be served upon the following in the matter indicated below:

**BY FEDERAL EXPRESS AND BY EMAIL AUGUST 18, 2010**

Mark H. Moore, Esq.
Reavis Parent Lehrer LLP
41 Madison Avenue, 41st Floor
New York, NY 10010
Tel.: (212) 763-4100
Fax: (212) 763-4141

*Attorney for Plaintiff*
Fidelity Information Services, Inc.

By: /s/ Paul Tanck
    Paul Tanck
    PTanck@Chadbourne.com
    CHADBOURNE & PARKE LLP
    30 Rockefeller Plaza
    New York, NY 10112