# In The Matter Of:

## FIDELITY INFORMATION SERVICES, INC.,
## *v.*
## DEBTDOMAIN GLMS PTE LTD, ET AL.

## DEFAULT STATEMENT - Vol. 1
### September 13, 2010

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

FIDELITY INFORMATION SERVICES, INC.,

                Plaintiff,

                                Civil Action No.
   -against-                 09-cv-07589
                                  (LAK)

DEBTDOMAIN GLMS PTE LTD., DEBTDOMAIN
(USA) INC., DAVID LEVY
and SETH ROTHMAN,

                Defendants.

------------------------------------x

                September 13, 2010
                10:00 a.m.

    Default Statement at the offices of Chadbourne & Parke, LLP, 30 Rockefeller Plaza, New York, New York, before TAMMEY M. PASTOR, a Registered Professional Reporter, Certified LiveNote Reporter and Notary Public within and for the State of New York.

DEFAULT STATEMENT - 9/13/2010

Page 2

```
 1
 2     A P P E A R A N C E S:
 3
 4        CHADBOURNE & PARKE LLP
 5        Attorneys for Defendants
 6            30 Rockefeller Plaza
 7            New York, New York 10112
 8
 9        BY:    ROBERT A. SCHWINGER, ESQ.
10               -and-
11               ANDREA VOELKER, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25                                                      10:01:50
```

| | | |
|---|---|---|
| 1 | DEFAULT STATEMENT | |
| 2 | MR. SCHWINGER:  Good morning.  My | 10:01:50 |
| 3 | name is Robert Schwinger with the firm of | 10:01:57 |
| 4 | Chadbourne & Parke, attorneys for | 10:02:00 |
| 5 | Defendants in this action. | 10:02:02 |
| 6 | It is now a few minutes after ten | 10:02:04 |
| 7 | o'clock on Monday, September 13, 2010. | 10:02:06 |
| 8 | The Plaintiff has not shown up for his | 10:02:12 |
| 9 | Rule 30(b)(6) deposition this morning. | 10:02:14 |
| 10 | Nor has his counsel. | 10:02:17 |
| 11 | I would like to mark as Exhibit 1 a | 10:02:19 |
| 12 | Notice and Amended Notice of Deposition of | 10:02:23 |
| 13 | Fidelity Information Services pursuant to | 10:02:27 |
| 14 | Federal Rule of Civil Procedure 30(b)(6). | 10:02:29 |
| 15 | (Exhibit 1 marked for | 10:02:29 |
| 16 | identification, Amended Notice of | 10:02:24 |
| 17 | Deposition of Fidelity Information | 10:02:25 |
| 18 | Services pursuant to Federal Rule of Civil | 10:02:27 |
| 19 | Procedure 30(b)(6)dated 8/18/10, no | 10:02:30 |
| 20 | production numbers.) | 10:01:50 |
| 21 | MR. SCHWINGER:  I would also like to | 10:01:50 |
| 22 | note the following on the record:  At a | 10:02:38 |
| 23 | proceeding before Magistrate Judge | 10:02:46 |
| 24 | Kevin N. Fox held on July 28, 2010 on | 10:02:50 |
| 25 | page 26 of the transcript, at lines 4 | 10:02:53 |

| | | |
|---|---|---|
| 1 | DEFAULT STATEMENT | |
| 2 | through 6 Defendants' counsel stated to | 10:02:56 |
| 3 | the court that they were requesting | 10:03:00 |
| 4 | separate depositions of both a 30(b)(6) | 10:03:03 |
| 5 | witness for the Plaintiff Fidelity and an | 10:03:07 |
| 6 | individual deposition of Ariel Elkayam. | 10:03:11 |
| 7 | On page 27 of the transcript at line | 10:03:21 |
| 8 | 7 to 8 the court stated that there would | 10:03:24 |
| 9 | be an examination of Mr. Elkayam and a | 10:03:27 |
| 10 | 30(b)(6) witness. | 10:03:30 |
| 11 | Notwithstanding the proceedings | 10:03:40 |
| 12 | which took place before the court, on | 10:03:47 |
| 13 | August 13, Plaintiffs' counsel Mark Moore | 10:03:51 |
| 14 | sent an email at 3:41 p.m. to Paul Tanck | 10:03:56 |
| 15 | at Chadbourne & Parke indicating that they | 10:04:01 |
| 16 | would, Plaintiffs would oppose setting two | 10:04:07 |
| 17 | full days for Mr. Elkayam to appear both | 10:04:09 |
| 18 | as the Rule 30(b)(6) representative of the | 10:04:12 |
| 19 | Plaintiffs and in his individual capacity. | 10:04:15 |
| 20 | By email sent later that same day at | 10:04:17 |
| 21 | 4:11 p.m., Mr. Tanck replied to Mr. Moore | 10:04:23 |
| 22 | stating "The court has ordered two | 10:04:29 |
| 23 | depositions and we still intend to take | 10:04:31 |
| 24 | both." | 10:04:33 |
| 25 | The following Monday, August 16th, | 10:04:38 |

| | | |
|---|---|---|
| 1 | DEFAULT STATEMENT | |
| 2 | by email sent at 12:26 p.m., Mr. Moore | 10:04:41 |
| 3 | replied to Mr. Tanck that he nevertheless | 10:04:44 |
| 4 | would not be providing two dates for the | 10:04:48 |
| 5 | depositions of Mr. Elkayam for the reasons | 10:04:52 |
| 6 | set forth in his August 13th email. | 10:04:55 |
| 7 | Thereafter Defendants served a | 10:04:59 |
| 8 | Notice of Deposition that was marked as | 10:05:07 |
| 9 | Exhibit 1 on August 18, 2010. And also | 10:05:12 |
| 10 | served an individual Notice of Deposition | 10:05:18 |
| 11 | for Mr. Elkayam. | 10:05:19 |
| 12 | On Wednesday, September 8th, 2010 | 10:05:26 |
| 13 | Mr. Tanck asked Mr. Moore to confirm that | 10:05:28 |
| 14 | Mr. Elkayam would be appearing for the | 10:05:30 |
| 15 | 30(b)(6) deposition of the Plaintiff | 10:05:46 |
| 16 | today, Monday September 13th. | 10:05:50 |
| 17 | By email sent Thursday, September 9, | 10:05:54 |
| 18 | 2010 at 8:46 p.m. Mr. Moore replied to Mr. | 10:05:57 |
| 19 | Tanck stating that Defendants are not | 10:06:04 |
| 20 | entitled to two new depositions of Mr. | 10:06:05 |
| 21 | Elkayam and indicating that no one would | 10:06:07 |
| 22 | be appearing on Monday, September 13th for | 10:06:10 |
| 23 | deposition. | 10:06:13 |
| 24 | I also note that at this time | 10:06:15 |
| 25 | Plaintiffs have not made any motion with | 10:06:20 |

|   |   |   |
|---|---|---|
| 1 | DEFAULT STATEMENT | |
| 2 | the court for Protective Order with regard | 10:06:22 |
| 3 | to the depositions of Mr. Elkayam, either | 10:06:25 |
| 4 | as a Rule 30(b)(6) deposition | 10:06:31 |
| 5 | representative of the Plaintiff or in his | 10:06:33 |
| 6 | individual capacity.  Thank you. | 10:06:36 |
| 7 | | |
| 8 | | |
| 9 | (Time Noted 10:06 a.m.) | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

```
 1                    DEFAULT STATEMENT
 2                   C E R T I F I C A T E
 3
 4    STATE OF NEW YORK    )
 5                         : ss.
 6    COUNTY OF NEW YORK   )
 7
 8              I, TAMMEY M. PASTOR, a Registered
 9    Professional Reporter, Certified LiveNote
10    Reporter and Notary Public within and for the
11    State of New York, do hereby certify that the
12    foregoing proceedings were taken before me on
13    September 13, 2010;
14              That the within transcript is a true
15    record of said proceedings;
16              That I am not connected by blood or
17    marriage with any of the parties herein nor
18    interested directly or indirectly in the matter
19    in controversy, nor am I in the employ of the
20    counsel.
21              IN WITNESS WHEREOF, I have hereunto
22    set my hand this 15th day of September, 2010.
23
24    _____
25    TAMMEY M. PASTOR, RPR, CLR
```

```
 1                DEFAULT STATEMENT
 2
 3        (Exhibit 1 marked for            3
 4        identification, Amended Notice of
 5        Deposition of Fidelity Information
 6        Services pursuant to Federal Rule of
 7        Civil Procedure 30(b)(6)dated
 8        8/18/10, no production numbers.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```