0915 Fidelity Info.txt

```
                                                                       1

 1

 2       UNCERTIFIED TRANSCRIPT

 3        C O N F I D E N T I A L

 4   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 5   ------------------------------------------x
     FIDELITY INFORMATION SERVICES, INC.,
 6
                     Plaintiff,
 7
           - against -
 8                                Civil Action No.
                                  09-cv-07589
 9                                (LAK)

10   DEBTDOMAIN GLMS PTE LTD., DEBTDOMAIN
     (USA) INC., DAVID LEVY
11   and SETH ROTHMAN,

12                   Defendants.
     ------------------------------------------x
13

14          Videotaped DEPOSITION of ARIEL ELKAYAM, held at

15   the offices of Chadbourne & Parke LLP, 30 Rockefeller

16   Plaza, New York, New York 10112, on the 15th day of

17   September 2010, commencing at 9:37 a.m., before

18   Colette Cantoni, a Registered Professional Reporter

19   and Notary Public of the State of New York.

20

21

22

23

24

25

                                                                       2

 1

 2   A P P E A R A N C E S:
```

Page 1

```
                        0915 Fidelity Info.txt
 3
 4            REAVIS PARENT & LEHRER
                      Attorneys for Plaintiff
 5                    41 Madison Avenue
                      New York, New York 10022
 6
            BY:    MARK MOORE, ESQ.
 7     (1 COPY) (mmoore@rpl-law.com)

 8            CHADBOURNE & PARKE LLP
                      Attorneys for Defendants
 9                    30 Rockefeller Plaza
                      New York, New York 10112
10
            BY:    ROBERT A. SCHWINGER, ESQ.
11                 PAUL J. TANCK, ESQ. (A.M. Session)
                      -and-
12                 ANDREA VOELKER, ESQ.

13
       ALSO PRESENT:
14
            RYAN McMULLEN, Videographer
15

16
       (After the education, mark it atty's eyes only)
17

18

19

20

21

22

23

24

25
```

63

1

# REDACTED

| | | |
|---|---|---|
| 11:16:35 | 10 | MR. SCHWINGER: Well, and I appreciate |
| 11:16:37 | 11 | that. Mr. Elkayam is here today pursuant to his |
| 11:16:41 | 12 | individual Deposition Notice, and I'm only asking him |
| 11:16:44 | 13 | about his personal knowledge. |
| 11:16:46 | 14 | MR. MOORE: You know our position that |
| 11:16:47 | 15 | he's being offered for both purposes. If you choose |
| 11:16:50 | 16 | not to question him on a topic, then that's your |
| 11:16:53 | 17 | prerogative. |
| 11:16:54 | 18 | MR. SCHWINGER: This is the only |
| 11:16:55 | 19 | deposition that was Noticed for today was his |
| 11:16:57 | 20 | individual deposition. |
| 11:16:58 | 21 | MR. MOORE: Well, you know our position on |
| 11:17:00 | 22 | that, which I've stated in our objection to the |
| 11:17:01 | 23 | Notices. |
| 11:17:02 | 24 | MR. SCHWINGER: Okay. |
| 11:17:03 | 25 | BY. |

Page 54

# REDACTED

```
04:59:33 14              MR. MOORE:  Okay.  I have no further
04:59:35 15     questions for Mr. Elkayam.  I will just note once
04:59:37 16     again for the record that we have also made him
04:59:39 17     available today for questioning on the Rule 30(b)(6)
04:59:42 18     issues.  We have plenty of time to do that.  The
04:59:46 19     number of topics that were remaining on the list to
04:59:49 20     be completed was rather small, and Mr. Elkayam has
04:59:53 21     been fully prepared to respond to those inquiries.
05:00:01 22              MR. SCHWINGER:  Okay.  I think we are, I
05:00:03 23     think we're done.
05:00:05 24              THE VIDEOGRAPHER:  This ends tape 4 in the
05:00:06 25     deposition of Ariel Elkayam.  The time is 5:00 p.m.
```

                                                           241

```
          1      Elkayam - Confidential Attorneys' Eyes Only
05:00:10  2     off the record.
05:00:10  3              (Time noted:  5:00 p.m.)
          4
          5
          6
          7
```