## REAVIS PARENT LEHRER LLP

John B. Dawson*
jdawson@rpl-law.com

Partners, Counsel and Associates in New York
Affiliated Attorneys in Los Angeles and San Francisco

*Admitted in New York

41 Madison Avenue
41st Floor
New York, NY 10010

Telephone (212) 763-4100
Facsimile (212) 763-4141

www.rpl-law.com



RECEIVED
SEP 16 2010
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

## MEMO ENDORSED

September 16, 2010

**Via Facsimile**

The Honorable Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007-1312

[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 9/17/10]

Re:   *Fidelity Information Servs., Inc. v. Debtdomain GLMS Pte LTD., et al.*
      Case No. 09-cv-07589 (LAK) (KNF)

Dear Judge Fox:

      We represent plaintiff Fidelity Information Services, Inc. ("Fidelity") in the above action. We write to request a two-week extension of time to respond to defendants' Motion For Imposition of Sanctions Upon Plaintiff for Spoliation of Evidence (the "Spoliation Motion"). Defendants' motion is supported by a twenty-five page brief (filed under seal), and a declaration with twenty-four (24) voluminous exhibits attached thereto (also filed under seal).

      Given the size of defendants' filing, and the fact that Fidelity would only have seven days under Local Rule 6.1(a) (i.e., up to September 21, 2010) to file opposition papers, we requested a two-week extension from defendants' counsel, pursuant to which Fidelity's opposition would be due October 5, 2010. However, defendants' counsel would only agree to a seven-day extension such that Fidelity's opposition would be due September 28, 2010 (and with the requirement that defendants be granted two weeks to respond).

      Accordingly, we respectfully request that the Court grant a two-week extension of time so that we may respond to defendants' spoliation motion by Tuesday, October 5, 2010. We would be agreeable to defendants having two weeks thereafter, up to October 19, 2010, to submit any reply papers.

{00560520; 2}

Hon. Kevin N. Fox
September 15, 2010
Page 2 of 2

Respectfully submitted,

John B. Dawson

cc: Scott S. Balber, Esq.

9/20/10

The plaintiff shall serve and file its response to sanctions motion, on or before October 1, 2010. Any reply shall be served and filed, on or before October 8, 2010. The parties shall advise the Court, in a joint writing, whether they wish to have the October 4, 2010 settlement conference go forward.

SO ORDERED:

Kevin Nathaniel Fox

KEVIN NATHANIEL FOX, U.S.M.J.

{00560520; 2}