# CHADBOURNE & PARKE LLP

Scott S. Balber
direct tel (212) 408-5466 fax (646) 710-5466
sbalber@chadbourne.com



30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100 fax (212) 541-5369

**MEMO ENDORSED**

September 22, 2010

**VIA FACSIMILE**

The Honorable Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Courtroom 20A
New York, New York 10007-1312

9/22/10

Re: *Fidelity Information Servs., Inc. v. Debidomain GLMS Pte LTD., et al.*
Case No. 09-cv-07589-LAK

Dear Judge Fox:

By order dated September 20, 2010, counsel for all parties were directed to submit a joint writing confirming whether or not the parties wish to proceed with the October 4, 2010 settlement conference. The parties wish to proceed with the settlement conference, but the parties cannot attend a conference on October 4, 2010 due to scheduling conflicts. The parties are available on October 7, 2010 and respectfully request that the settlement conference be held on that date. Otherwise, the parties respectfully request that the Court hold the settlement conference at the Court's earliest convenience on or after October 12, 2010.

Respectfully submitted,

| REAVIS PARENT LEHRER LLP | CHADBOURNE & PARKE LLP |
|---|---|
| By: s/ Mark Moore | By: s/ Scott Balber |
| Mark Moore | Scott S. Balber |
| 41 Madison Avenue, 41st Floor | 30 Rockefeller Plaza |
| New York, NY 10010 | New York, New York 10112 |
| Tel.: (212) 763-4100 | Tel.: (212) 408-5100 |
| Fax: (212) 763-4141 | Fax: (212) 541-5369 |
| Counsel for Plaintiff | Counsel for Defendants |

cc: *Via Facsimile*
Mark H. Moore, Esq.
Reavis Parent Lehrer LLP
41 Madison Avenue, 41st Floor
New York, NY 10010

9/22/10
The settlement conference scheduled previously for October 4, 2010, shall be held on October 12, 2010, at 10:30 a.m.

SO ORDERED:

KEVIN NATHANIEL FOX, U.S.M.J.

New York Washington Los Angeles Mexico City London (an affiliated partnership) Moscow St. Petersburg Warsaw Kyiv Almaty Dubai Beijing

# CHADBOURNE
# & PARKE LLP

The Honorable Kevin N. Fox        -2-        September 22, 2010

Tel.: (212) 763-4100
Fax: (212) 763-4141

*Counsel for Plaintiff*
Fidelity Information Services, Inc.