## CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

Paul Tanck
direct tel (212) 408-1116
PTanck@chadbourne.com

# MEMO ENDORSED



September 27, 2010

*VIA FACSIMILE*

The Honorable Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Courtroom 20A
New York, New York 10007-1312

Re: *Fidelity Information Servs., Inc. v. Debtdomain GLMS Pte LTD., et al.*
Case No. 09-cv-07589-LAK

Dear Judge Fox:

We represent the defendants ("Defendants") in the above-referenced action. We write to request an extension of time to respond to plaintiff's Memoranda of Law (1) In Support of Defendants' Failure to Produce Garry Viner and (2) In Opposition to Defendants' Motion For Sanctions (the "Opposition and Cross Motion") that Defendants received last Friday evening. The Opposition and Cross-Motion is supported by a 25 page brief (filed under seal), and a declaration with fourteen exhibits (14) that consists of approximately two hundred pages (also filed under seal) attached thereto. We also write to request a two week extension of time to respond to plaintiff's Motion For Contempt Against All Defendants (the "Contempt Motion"). Defendants' Contempt Motion is supported by a 35 page brief (filed under seal), and a declaration with sixty-one (61) exhibits that consists of approximately 500 pages (also filed under seal) attached thereto.

Given the size of plaintiff's filings, the fact that Defendants would only have two days under Local Rule 6.1(a) (i.e., tomorrow, September 28, 2010) to respond to a portion of Plaintiff's Opposition and Cross Motion, and the fact that the parties' summary judgment motions are to be filed on or before Friday, October 1, 2010, we requested an extension from plaintiff, pursuant to which Defendants' response to (1) the Opposition and Cross Motion be served and filed on or before Friday, October 8, 2010 and (2) the Contempt Motion be served and filed on or before October 20, 2010.

Plaintiff has agreed to the above extensions as long as Plaintiff would have until November 5, 2010 to file and serve its reply to the Contempt Motion and until October 15 to reply to the Cross Motion portion of the Opposition and Cross Motion.

New York  Washington  Los Angeles  Houston  London (a multinational partnership)  Moscow  Warsaw (a Polish partnership)  Kyiv  Almaty  Beijing

# CHADBOURNE
# & PARKE LLP

The Honorable Kevin N. Fox      -2-      September 27, 2010

  Accordingly, we respectfully request that the Court grant the above agreed upon extensions.

> 9/27/10
> Application granted.
>  SO ORDERED:
> /Kevin Nathaniel Fox/
> KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

*Paul Tanck*

Paul Tanck
*Counsel for Defendants*

cc:  *Via Email*
  Mark H. Moore, Esq.
  Reavis Parent Lehrer LLP
  41 Madison Avenue, 41st Floor
  New York, NY 10010
  Tel.: (212) 763-4100
  Fax: (212) 763-4141

  *Counsel for Plaintiff*
  Fidelity Information Services, Inc.