# CHADBOURNE
# & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100 fax (212) 541-5369

**Scott S. Balber**
direct tel (212) 408-5466 fax (646) 710-5466
sbalber@chadbourne.com

**MEMO ENDORSED**

RECEIVED
SEP 30 2010
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

September 28, 2010

VIA HAND

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 12D
New York, New York 10007-1312

Re: *Fidelity Information Servs., Inc. v. Debtdomain GLMS Pte LTD., et al.*
Case No. 09-cv-07589-LAK

Dear Judge Kaplan:

We represent the defendants ("Defendants") in the above-referenced action. We are writing to request that the Court schedule a pre-motion conference.

Yesterday, Plaintiff filed a voluminous motion for leave to file a Fourth Amended Complaint in this action (Docket No. 118), despite the fact that per the Court's scheduling order dated February 16, 2010 (Docket No. 30), the last day to amend pleadings was set at March 1, 2010. Moreover, discovery in the case is now closed (Docket No. 94), summary judgment motions are due this Friday, October 1, 2010, and the Court has recently denied Plaintiff's request to extend that deadline. (See Docket Nos. 94, 107.)

Accordingly, while Defendants understand that the Court does not routinely require pre-motion conferences for non-discovery motions in the ordinary course, Defendants respectfully submit that, in the present circumstances, a pre-motion conference might obviate potentially unnecessary burdens of time, effort and cost for the parties and the Court that would be entailed by full briefing of the instant motion for leave to amend.

Defendants respectfully thank the Court for its consideration of this request.

9/30/10
A telephonic conference, initiated by counsel to the defendants, shall be held on October 7, 2010, at 10:00 a.m.
SO ORDERED:
/Kevin Nathaniel Fox/
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

Scott S. Balber
*Counsel for Defendants*

cc: *Via Facsimile*

New York Washington Los Angeles Mexico City London (an affiliated partnership) Moscow St. Petersburg Warsaw Kyiv Almaty Dubai Beijing

CHADBOURNE
& PARKE LLP

The Honorable Lewis A. Kaplan         -2-                    September 28, 2010

      Mark H. Moore, Esq.
      Reavis Parent Lehrer LLP
      41 Madison Avenue, 41st Floor
      New York, NY 10010
      Tel.: (212) 763-4100
      Fax: (212) 763-4141

      *Counsel for Plaintiff*
      Fidelity Information Services, Inc.