UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIDELITY INFORMATION SERVICES, INC.,

                Plaintiff,

v.

DEBTDOMAIN GLMS PTE LTD., ET AL.,

                Defendants.

Case No. 09-cv-07589-LAK

ECF Case

**NOTICE OF MOTION**

---

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Scott S. Balber dated September 30, 2010, and the exhibits annexed thereto, and the accompanying Memorandum of Law, and all the prior pleadings and proceedings had herein, Defendants shall move this Court on a date to be designated by the Court, for an order, pursuant to Fed. R. Evid. 702 and the doctrine of Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 578, 113 S. Ct. 2786 (1993), and its progeny, excluding the testimony of Plaintiff's proposed expert witness, Charles L. Mauro, and granting Defendants any such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       October 1, 2010

                              CHADBOURNE & PARKE LLP

                        By */s/ Scott S. Balber*
                              Scott S. Balber
                             A Member of the Firm
                           Attorneys for Defendants
                           30 Rockefeller Plaza
                           New York, New York  10112
                           Tel:   (212) 408-5100
                           *sbalber@chadbourne.com*

CPAM: 3107086.1