UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIDELITY INFORMATION SERVICES, INC.,

                              Plaintiff,

               -against-

DEBTDOMAIN GLMS PTE LTD., DEBTDOMAIN
(USA) INC., DAVID LEVY, and SETH ROTHMAN,

                              Defendants.

Case No. 09-cv-07589-LAK

ECF Case

**<u>NOTICE OF MOTION</u>**

          PLEASE TAKE NOTICE that, upon the annexed Declaration of Scott S. Balber dated October 1, 2010, the annexed Defendants' Statement of Materials Facts Pursuant to Local Civil Rule 56.1, and the accompanying two volumes of Exhibits in Support of Defendants' Motion for Summary Judgment, and the accompanying Memorandum of Law, and upon all the prior pleadings and proceedings had herein, defendants shall move this Court before the Honorable Lewis A. Kaplan, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York, for an order, pursuant to Fed. R. Civ. P. 56, granting defendants' summary judgment on the Third Amended Complaint of plaintiff Fidelity Information Services, Inc., and granting defendants an award of reasonable costs and attorneys' fees and any such other and further relief as this Court may deem just and proper.

          PLEASE TAKE FURTHER NOTICE, that documents in support of this motion are being filed under seal pursuant to a protective order dated March 24, 2010.

          PLEASE TAKE FURTHER NOTICE that, pursuant to the order of the Honorable Kevin Nathaniel Fox, U.S.M.J. dated August 13, 2010, plaintiff's papers in opposition to this

motion (if any) are to be filed and served on or before November 1, 2010, and defendants' reply

papers (if any) are to be filed and served on or before November 15, 2010.

Dated:  New York, New York
         October 1, 2010

                            CHADBOURNE & PARKE LLP

                          By s/ *Scott Balber* _____
                              Scott Balber
                              A Member of the Firm
                              Attorney for Defendants
                              30 Rockefeller Plaza
                              New York, New York  10112
                              Tel:  (212) 408-5100
                              Fax:  (646) 710-5260