UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIDELITY INFORMATION SERVICES, INC.,

                                    Plaintiff,

                 -against-                                    09 Civ No. 07589-LAK

DEBTDOMAIN GLMS PTE LTD., DEBTDOMAIN
(USA) INC., DAVID LEVY, and SETH ROTHMAN,

                                    Defendants.

---

**DEFENDANT DEBTDOMAIN GLMS PTE LTD.'s
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Debtdomain GLMS Pte Ltd.

discloses that its parent corporation is Debtdomain Limited (incorporated in British Virgin

Islands) and that no publicly held corporation owns ten percent or more of Debtdomain GLMS

Pte Ltd.'s stock.

Dated: October 4, 2010

                              **CHADBOURNE & PARKE LLP**
                              By: /s/ Paul Tacnk_____
                                    Scott S. Balber
                                    SBalber@chadbourne.com
                                    Paul J. Tanck
                                    PTanck@chadbourne.com

                                    30 Rockefeller Plaza
                                    New York, New York  10112
                                    Tel.: (212) 408-5100
                                    Fax: (212) 541-5369

                                    *Attorneys for Defendants*