UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FIDELITY INFORMATION SERVICES, INC., :

            Plaintiff, :

        -against- :

DEBTDOMAIN GLMS PTE. LTD., ET AL., :

           Defendants. :
------------------------------------------------------------X

ORDER

09 Civ. 7589 (LAK)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The March 24, 2010 protective order issued by the Court is hereby modified for the limited purpose of permitting the parties to use information gathered during the litigation of this action in support of, and in opposition to, a contempt motion, the plaintiff has indicated it will present to the Honorable John G. Koeltl concerning conduct by Seth Rothman which, it is alleged, violates an order Judge Koeltl issued in <u>Fidelity National Information Services, Inc. v. Rothman</u>, 07 Civ. 7756 (JGK). Except to the limited extent identified here, the March 24, 2010 protective order remains in full force and effect.

      Inasmuch as the defendants have acceded to the October 11, 2010 request by the plaintiff, regarding service of the contempt motion, any response to the motion or reply shall be made in accordance with the briefing schedule fixed for the parties, by Judge Koeltl, after the contempt motion is presented to him for resolution.

Dated: New York, New York
       October 22, 2010

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE