UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FIDELITY INFORMATION SERVICES, INC., :

                Plaintiff, :

          -against- :

DEBTDOMAIN GLMS PTE LTD., DEBTDOMAIN :
(USA) INC., DAVID LEVY, AND SETH ROTHMAN,

                Defendants. :
------------------------------------------------------------X

ORDER

09 Civ. 7589 (LAK)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the respective parties on August 19, 2011, to address the defendants' motion for sanctions, see Fed. R. Civ. P. 37(b), based upon the plaintiff's alleged spoliation of evidence. For the reasons explained to the parties during the conference, the defendants' motion, Docket Entry No. 109, is denied.

Dated: New York, New York
       August 18, 2011

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE