UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
FIDELITY INFORMATION SERVICES, INC.,

                Plaintiff,

         -against-                                        09 Civ. 7589 (LAK)

DEBTDOMAIN GLMS PTE. LTD., et al.,

                Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        It has come to the Court's attention that the parties have used the Protective Order in such a way that a very substantial number of documents filed in this case are under seal, most of the contents of which – including even the titles of the documents – should not be afforded confidential treatment. This has substantially hampered the Court's ability to deal with this case.

        On or before October 24, 2011, plaintiff and defendants each shall file on the CM/ECF system a copy of each document previously filed by it/them under seal, redacted to exclude only portions thereof that it/they reasonably believe to constitute confidential or proprietary information or trade secrets of the filer or a third party to which the filer reasonably believes it owes an obligation of confidentiality with respect to such document, information or material. The copy thus filed shall indicate on its cover the docket item number of the original previously filed under seal.

        On or before October 4, 2011, the parties shall show cause why paragraph 1 of the Protective Order previously entered herein should not be modified in a manner consistent with the preceding paragraph.

        SO ORDERED.

Dated:        September 28, 2011

                                                        Lewis A. Kaplan
                                                  United States District Judge