UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIDELITY INFORMATION SERVICES, INC.,<br><br>        Plaintiff,<br><br>      v.<br><br>DEBTDOMAIN GLMS PTE LTD., ET AL.,<br><br>        Defendants. | Case No. 09-cv-07589-LAK<br><br>ECF Case |

**NOTICE OF FILING OF LETTERS SUBMITTED TO MAGISTRATE JUDGE FOX REGARDING DEFENDANTS' RENEWED SUMMARY JUDGMENT MOTION**

  PLEASE TAKE NOTICE that attached as Exhibits A and B hereto are true and correct copies of the following:

  1. Exhibit A: A letter to the Honorable Kevin N. Fox, U.S.M.J., from Defendants' counsel dated October 4, 2011, as corrected by a letter to the Honorable Kevin N. Fox, U.S.M.J., from Defendants' counsel dated October 5, 2011, renewing Defendants' summary judgment motion as to Plaintiff's copyright infringement claim pursuant to the order of the Honorable Lewis A. Kaplan, U.S.D.J., dated Setpember 28, 2011 (Dkt. No. 159).

  2. Exhibit B: A letter to the Honorable Kevin N. Fox, U.S.M.J., from Plaintiff's counsel dated October 7, 2011, in response to the above-referenced letters from Defendants' counsel and in opposition to Defendants' renewed summary judgment motion.

Dated: New York, New York
    October 14, 2011

Respectfully submitted,

CHADBOURNE & PARKE LLP


By            s/ Scott S. Balber

    Scott S. Balber
      *SBalber@chadbourne.com*
    Robert A. Schwinger
      *RSchwinger@chadbourne.com*
    Paul J. Tanck
      *PTanck@chadbourne.com*
    Attorneys for Defendants
    30 Rockefeller Plaza
    New York, NY  10112
    (212) 408-5100