UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FIDELITY INFORMATION SERVICES, INC.,

                Plaintiff,

     -against-                                              09 Civ. 7589 (LAK)

DEBTDOMAIN GLMS PTE. LTD., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The parties have been unable to agree with respect to compliance with the Court's order of September 28, 2011.

        The parties shall meet and confer no later than November 8, 2011 with a view to reaching agreement. In the event that the dispute is not entirely resolved by November 14, 2011, the parties shall so advise the Court, in which event the Court will confer with counsel on November 16, 2011 at 2:30 p.m. Should that prove necessary, counsel shall be familiar at that time with the following: *Mannion v. Coors Brewing Co.,* 2006 WL 708226, at *3-4 (S.D.N.Y. Mar. 21, 2006); *DeCarlo v. Archie Comic Publications, Inc.,* 2000 WL 781863 (S.D.N.Y. June 20, 2000); *Lachica v. City of New York,* 1995 WL 77928 (S.D.N.Y. Feb. 23, 1995); Kaplan, *Litigation, Privacy and the Electronic Age,* 4 Yale Symp. L. & Tech. 1 (2001).

        SO ORDERED.

Dated:    November 1, 2011

11/1/11

                                                     Lewis A. Kaplan
                                              United States District Judge