```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
FIDELITY INFORMATION SERVICES, INC.,

                      Plaintiff,

      -against-                          09 Civ. 7589 (LAK)

DEBTDOMAIN GLMS PTE. LTD., et al.,

                      Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendants at least arguably were obliged by the Protective Order and the Court's order of September 28, 2011, to file versions of each document previously filed by them under seal pursuant to the Protective Order, redacted to remove all information that was designated by plaintiff or defendants as Confidential pursuant to the Protective Order. Defendants instead took it upon themselves – in the face of plaintiff's protests – to file publicly versions of these documents that contained information designated as Confidential by the plaintiff, this on the theory that the September 28 order required that they redact only such information designated by the plaintiff as Confidential as the defendants agreed was properly so designated.

        As plaintiff's have spoken of possible contempt proceedings, the Court will not now address the question whether the meaning of the September 28, 2011 order, in the context in which it was entered, prohibited defendants' actions or the intent with which the defendants acted. Nevertheless, the papers filed by Scott Balber, Esq., on October 24, 2011 (DI 195 through DI 210) all are stricken and shall be removed by the Clerk from the electronic docket immediately. In the circumstances, defendants shall file such versions on or before November 23, 2011 in place of the stricken documents.

        SO ORDERED.

Dated:      November 16, 2011

                                                      _____
                                                          Lewis A. Kaplan
                                                    United States District Judge