UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIDELITY INFORMATION SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEBTDOMAIN GLMS PTE LTD., DEBTDOMAIN (USA) INC., DAVID LEVY and SETH ROTHMAN, <br> Defendants. | ECF Case <br><br> Case No. 09-cv-07589 (LAK) (KNF) |

TO THE CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Lawrence V. Brocchini, a member of this Court in good standing, respectfully enters his appearance as counsel for plaintiff Fidelity Information Services, Inc. in the above referenced action and has been designated to accept service of all pleadings, notices, and filings relating to this litigation on behalf of the aforementioned party.

Dated: New York, New York
January 27, 2012

Respectfully submitted,

REAVIS PARENT LEHRER, LLP

By: _____
Lawrence V. Brocchini
lbrocchini@rpl-law.com

41 Madison Avenue
41st Floor
New York, New York 10010
(212) 763-4100 (phone)
(212) 763-4141 (fax)
*Attorneys for Plaintiff*
*Fidelity Information Services, Inc.*

{00759264;1}