UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
FIDELITY INFORMATION SERVICES, INC.,

                Plaintiff,

-against-                            09 Civ. 7589 (LAK)

DEBTDOMAIN GLMS PTE. LTD., et al.,

                Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion for summary judgment dismissing the third amended complaint [DI 125] is denied. The Court finds no material error of fact or law in the report and recommendation of Magistrate Judge Kevin Nathaniel Fox and so overrules defendants' objections.

        SO ORDERED.

Dated:      July 10, 2012

                                            Lewis A. Kaplan
                                        United States District Judge