UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

FIDELITY INFORMATION SERVICES, INC.,     :

                     Plaintiff,           :

             -against-             :

                                        :

DEBTDOMAIN GLMS PTE LTD.,               :
DEBTDOMAIN (USA) INC.,                   :
DAVID LEVY and SETH ROTHMAN,       :

                                        :

             Defendants.          :
-------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/201

**ORDER**
09 Civ. 7589 (LAK)(KNF)

 

IT IS HEREBY ORDERED that, on or before September 28, 2012, the parties shall submit

their joint pretrial order to the Court.  That document must conform to the requirements for such an

order that are set forth in the Individual Rules of Practice of the assigned district judge.

Dated:  New York, New York
        July 11, 2012

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE