AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Fidelity Information Services, Inc. <br> *Plaintiff* <br> v. <br> Debtdomain GLMS PTE. Ltd. et al <br> *Defendant* | Case No. 09-cv-07589-LAK |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Debtdomain GLMS PTE. Ltd., Debtdomain (USA) Inc., David Levy and Seth Rothman .

Date: 08/01/2012

/s/ Emily Abrahams
*Attorney's signature*

Emily Abrahams (EA-1996)
*Printed name and bar number*

30 Rockefeller Plaza
New York, New York 10112
*Address*

eabrahams@chadbourne.com
*E-mail address*

(212) 408-5100
*Telephone number*

(212) 541-5369
*FAX number*