**CHADBOURNE & PARKE** LLP

**MEMO ENDORSED**

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

RECEIVED
AUG 2 8 2012
JUDGE KAPLAN'S CHAMBERS

Scott S. Balber
direct tel (212) 408-5466
SBalber@chadbourne.com

August 27, 2012

*VIA HAND*

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 21B
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/12

Re:  *Fidelity Information Servs., Inc. v. Debtdomain GLMS Pte LTD., et al.,*
     *Case No. 09-cv-07589-LAK-KNF*

Dear Judge Kaplan:

We represent defendants Debtdomain GLMS Pte Ltd., Debtdomain (USA), Inc., David Levy, and Seth Rothman in the above-referenced action. We write jointly with counsel for plaintiff Fidelity Information Services, Inc. to advise the Court that the parties have reached a settlement agreement in principle and to respectfully request that the Court take no action on any pending issues until the requisite settlement documentation has been completed by the parties. The parties hope to file stipulations of dismissal within ten days.

Respectfully submitted,

*Scott S. Balber*

Scott S. Balber
*Counsel for Defendants*

cc:  *Via Email*
     Mark H. Moore, Esq.
     Reavis Parent Lehrer LLP
     41 Madison Avenue, 41st Floor
     New York, NY 10010
     Tel.: (212) 763-4100
     Fax: (212) 763-4141
     *Counsel for Plaintiff*

Case dismissed with prejudice and without costs subject to, right to reinstate by serving and filing a notice to that effect, on or before, 10/4/12 , if the settlement is not consummated by then.
executed
SO ORDERED:

*Lewis A. Kaplan*

Lewis A. Kaplan
U.S.D.J.

9/4/12