KAPLAN, 10

Mark H. Moore
Lawrence Brocchini
REAVIS PARENT LEHRER LLP
41 Madison Avenue
New York, New York 10010
Tel.: (212) 763-4100
Fax: (212) 763-4141
mmoore@rpl-law.com
lbrocchini@rpl-law.com

*Attorneys for Plaintiff Fidelity Information Services, Inc.*

RECEIVED
SEP 11 2012
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIDELITY INFORMATION SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEBTDOMAIN GLMS PTE LTD., DEBTDOMAIN (USA) INC., DAVID LEVY and SETH ROTHMAN, <br><br> Defendants. | ECF Case <br><br> Case No. 09-cv-07589 (LAK) (KNF) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/12

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff and defendants herein, that the above-captioned action, including all claims and counterclaims therein, be and the same is hereby dismissed in its entirety with prejudice; and

{00844903; 1}

IT IS FURTHER STIPULATED AND AGREED, that each party shall bear its own costs and attorneys' fees; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order may be signed in counterparts and filed without further notice with the Court and that facsimile or electronic copies shall be deemed originals.

Dated: New York, New York
September 6, 2012

CHADBOURNE & PARKE LLP

By: _____
Scott S. Balber, Esq.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100
*Attorneys for Defendants Debtdomain GLMS Pte Ltd., Debtdomain (USA) Inc., David Levy and Seth Rothman*

REAVIS PARENT LEHRER LLP

By: _____
Mark H. Moore
41 Madison Avenue
New York, New York 10010
(212) 763-4100
*Attorneys for Plaintiff Fidelity Information Services, Inc.*

SO ORDERED:

_____
U.S.D.J.

9/11/1

{00044903; 1}

2